IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STEPHEN PORTER PILLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| SHERIFF MEL BAILEY, et al., | ) | 95-C-2131-S |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

The Court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The Court hereby adopts and approves the findings and recommendation of the Magistrate Judge as the findings and conclusions of the Court.

In accord with the recommendation, the claims against Defendants Mel Bailey and the Jefferson County Sheriff's Department are due to be dismissed with prejudice. Since there are no other defendants in this action, it is due to be dismissed.

An appropriate order will be entered.

DONE this _29th_ day of September, 1999.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON